# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**Lisa Grimshaw**

vs.                                    **CASE NUMBER: 8:06-CV-628 (GJD)**

**Commisioner of Social Security**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is REVERSED and that this case is
REMANDED pursuant to sentence four of 42 USC section 405(g) for further
proceedings consistent with this Court's Order. It is further Ordered that the REMAND
PROCEEDINGS should take place on an EXPEDITED BASIS, not more than 120 days
from the date of this decision.

All of the above pursuant to the order of the Honorable Judge Gustave J. DiBianco,
dated the 8th day of September, 2009.

DATED: September 9, 2009

Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk