# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT ON ATTORNEY FEES

**LISA GRIMSHAW**

    vs.            **CASE NUMBER: 8:06-CV-628 (GJD)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is REVERSED and this case is REMANDED pursuant to sentence four of 42 USC section 405(g) for further proceedings consistent with this Court's Order. It is further Ordered that the REMAND proceedings should take place on an EXPEDITED BASIS, not more than 120 days from 9/8/2009.

The parties have stipulated and the Court has approved an award of Attorney's Fees pursuant to Equal Access to Justice Act in the amount of $6,547.60.

All of the above pursuant to the Orders of the Honorable Judge Gustave J. DiBianco, dated the 9/8/2009 and 12/8/2009.

DATED: December 12, 2009

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk